EMPIRE MECHANICAL CORPORATION, Appellant, v. KERBY SAUNDERS, INC., Respondent.— Upon the stipulation made in open court that the sum of $4,844.36, paid to defendant by the United States Government, properly belongs to plaintiff, the judgment, so far as appealed from, is modified by increasing the amount thereof by the sum of $4,844.36, and as so modified affirmed, without costs. Appeal from order entered October 7, 1944, withdrawn. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *post*, p. 935.]